[No. 10281–1–II.   Division Two.   August 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER D. NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00004–9, David E. Foscue, J., entered August 11, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 10601–9–II.   Division Two.   August 18, 1988.]

ROGER HAUG, ET AL, *Respondents,* v. OBER LOGGING COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84–2–00035–8, Dale M. Nordquist, J., entered November 21, 1986. *Affirmed* by unpublished per curiam opinion.

[No. 10706–6–II.   Division Two.   August 18, 1988.]

RAYMOND H. TINNON, SR., *Respondent,* v. JAMES N. STUBBS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–05120–9, Nile E. Aubrey, J., entered January 9, 1987. *Vacated* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.